UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PATRICIA JOHNSON,<br><br>    Plaintiff(s),<br><br>    v.<br><br>BIOMET, INC., et al.,<br><br>    Defendant(s). | Case No. 2:19-CV-1603 JCM (DJA)<br><br>ORDER |

Presently before the court are Joshua B. Fleming's verified petition for permission to practice pro hac vice, (ECF No. 30), and Edward L. Holloran's verified petition for permission to practice pro hac vice, (ECF No. 31).

Local Rule IA 11-2 provides that "[a]pplications must be by verified petition **on the form furnished by the clerk**." LR IA 11-2(a) (emphasis added). Petitioners are not permitted to alter or amend the form in any way. Yet, it appears that petitioners' forms are retyped and not on the clerk's original form.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that petitioner Joshua Fleming's verified petition for permission to practice pro hac vice (ECF No. 30) be, and the same hereby is, DENIED.

IT IS FURTHER ORDERED that petitioner Edward Holloran's verified petition for permission to practice pro hac vice (ECF No. 31) be, and the same hereby is, DENIED.

IT IS FURTHER ORDERED that petitioners shall refile their petition on the form furnished by the clerk in compliance with LR IA 11-2(a) within fourteen (14) days from the

**James C. Mahan**
**U.S. District Judge**

entry of this order.  If petitioners do not comply with this 14-day deadline, their request shall be denied and they shall again pay the admission fee for any refiled verified petition.

DATED March 5, 2021.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**