1

2

3

4

5                           UNITED STATES DISTRICT COURT

6                                DISTRICT OF NEVADA

7                                       * * *

8    PATRICIA JOHNSON,                          Case No. 2:19-cv-01603- JCM-DJA

9                         Plaintiff,

10         v.                                   **ORDER**

11   BIOMET, INC. et al.,

12                        Defendants.

13

14         Presently before the court is the matter of *Johnson v. Biomet, Inc. et al.*, case

15   number 2:19-cv-01603-JCM-DJA.

16         Federal Rule of Civil Procedure 41(b) provides that "[i]f the plaintiff fails to prosecute

17   or to comply with these rules or a court order, a defendant may move to dismiss the action

18   or any claim against it." FED. R. CIV. P. 41(B).  This court also has the inherent power to sua

19   sponte dismiss a case for want of prosecution or compliance with court orders.  *Link v.*

20   *Wabash R. Co.*, 370 U.S. 626, 630–31 (1962); *Pagtalunan v. Galaza*, 291 F.3d 639, 640–43

21   (9th Cir. 2002); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

22         This inherent power is also codified in this court's local rules.  Local Rule 41-1

23   provides that "[a]ll civil actions that have been pending in this court for more than 270 days

24   without any proceeding of record having been taken may, after notice, be dismissed for want

25   of prosecution by the court sua sponte or on the motion of an attorney or pro se party."  LR

26   41-1.

27         On April 27, 2022, the court notified the parties that "[i]f no action is taken in this

28   case by May 26, 2022, the court shall enter an order of dismissal for want of prosecution."

1 | (ECF No. 45).  No party responded or otherwise commenced any proceeding of record.

2 |     Accordingly,

3 |     IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this matter be, and

4 | the same hereby is, DISMISSED for want of prosecution.

5 |     The clerk shall close the case.

6 |     DATED THIS 31st  day of May 2022.

7

8 | JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2